**No. 59642.**—Mutual Supply Co. *v.* United States, protest 212352–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of seaweed, manufactured, similar in all material respects to that the subject of *United States* v. *Nippon Co. et al.* (32 C. C. P. A. 164, C. A. D. 303), the claim of the plaintiff was sustained.

DECEMBER 30, 1955

**No. 59643.**—Colonial Commerce Co., Ltd., and P. John Hanrahan, Inc. *v.* United States, protest 213293–K.——C. D. 1734. Motion of Government for rehearing denied.

JANUARY 4, 1956

**No. 59644.**—SUIT 4830.—Rogers Peet Co. *v.* United States.— C. A. D. 597.

BEFORE THE THIRD DIVISION, JANUARY 12, 1956

**No. 59645.**—Paul A. Straub & Co., Inc. *v.* United States, protests 160585–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.